# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES WALLACE NOSSAMAN, II,<br><br>Defendant. | Case No.:2:15-mj-01193-NJK<br><br>STIPULATION TO CONTINUE<br>BENCH TRIAL<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and William Terry, Esquire, counsel for defendant, that the bench trial in the above-captioned matter, currently scheduled for May 4, 2016, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a resolution of the case that would obviate the need for trial. The parties need additional time to do so.

2. Defendant is out of federal custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I ) and (iv).

6. This is the first request for continuance of the trial in this case.

DATED this  3rd  day of May, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ William Terry                                  /s/ Nadia Ahmed
WILLIAM TERRY, ESQ.                  NADIA AHMED
Counsel for defendant                     Special Assistant United States Attorney
**JAMES WALLACE NOSSAMAN, II**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:15-mj-01193-NJK |
| Plaintiff, | |
| vs. | ORDER CONTINUING BENCH TRIAL |
| JAMES WALLACE NOSSAMAN, II, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 4, 2016, at the hour of 9:00 a.m., be vacated and continued to Wednesday, June 29, 2016, at the hour of 9:00 a.m. in LV Courtroom 3D.

DATED this 3rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3